**DOAR RIECK KALEY & MACK**
ATTORNEYS AT LAW

ELECTRONICALLY F"
DOC #: _____
DATE FILED: 3/25/2021

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

March 23, 2021

MEMO ENDORSED OK

**By ECF Filing**
Hon. Colleen McMahon
Chief Judge
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, NY 10007

*Colleen McMahon*
3/25/2021

Re:   *United States v. Arthur Gipson*
       Docket No. 20 Cr. 521 (SDNY)

Dear Judge McMahon:

I represent the defendant Arthur Gipson in the above-referenced matter. I write without objection from the Government to request a bail modification so as to allow Mr. Gipson to travel to Boston on April 3rd to visit his son, returning to his home on Long Island on April 5th.

At his presentment and arraignment on October 1, 2020, bail for Mr. Gipson was fixed in the amount of a $250,000 PRB co-signed by one financially responsible person (Mr. Gipson's wife) and secured by his home, travel restricted to the EDNY and SDNY, pretrial services supervision and surrender of any travel documents, along with the usual conditions barring contact with co-defendants and possession of any firearms. All of these bail conditions have been satisfied and Mr. Gipson has been in full compliance with all of the conditions of his release.

Mr. and Mrs. Gipson would like to travel to Boston to visit their son, who resides in the Boston area. They propose to leave their home on Long Island on Saturday, April 3rd and return to their home on Monday, April 5th. While in Boston, Mr. and Mrs. Gipson will be staying at The Liberty Hotel, 215 Charles Street, Boston, MA.

Honorable Colleen McMahon             2             March 23, 2021

     AUSA Jason Swergold has advised me that the Government has no objection to the bail modification requested. Pretrial Services Officer Francesca Piperato has advised me that Pretrial Services has no objection to the bail modification requested.

     Thank you for the Your Honor's consideration of this request.

                                            Respectfully submitted,

                                                    /s/
                                             John F. Kaley

cc: AUSA Jason Swergold
     Pretrial Services Officer Francesca Piperato
     (both via ECF filing)