

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2022

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. James Cahill, et al.*, 20 Cr. 521 (CM)

Dear Judge McMahon:

    The Government writes to respectfully request an adjournment of the conference currently scheduled for October 5, 2022 at 2:00 p.m.  The Government understands that the Court is available on October 18 at 11:30 a.m.  Counsel for Cahill, Egan, and Wangerman have indicated they are available at that time.  Counsel for Gipson has indicated that he has a state court appearance at 9:30 that morning, and Counsel for McCarron has not provided her position.  Accordingly, the Government respectfully requests that the Court adjourn the conference until October 18 at 11:30 a.m.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        by:  /s/ Jason M. Swergold_____
            Jason M. Swergold
            Danielle R. Sassoon
            Jun Xiang
            Laura de Oliveria (SAUSA)
            Assistant United States Attorneys
            (914) 993-1963

cc:    All defense counsel