# DOAR RIECK KALEY & MACK
## ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2022

MEMO ENDORSED

November 18, 2022

**By ECF Filing**
Hon. Colleen McMahon
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007

*Granted bail modification request for Mr. Gipson to travel to Boston.*

*Colleen McMahon*
*11/18/2022*

Re:   *United States v. Arthur Gipson*
       Docket No. 20 Cr. 521 (SDNY)

Dear Judge McMahon:

I represent the defendant Arthur Gipson in the above-referenced matter. I write without objection from the Government to request a bail modification so as to extend Mr. Gipson's bail limits to include Boston and points in between so that Mr. Gipson may travel to Boston to visit with his son. On Wednesday evening, Mr. Gipson's son, who resides in Boston, was admitted to Beth Israel Hospital in Boston with appendicitis and may require surgery in the coming days.

At his presentment and arraignment on October 1, 2020, bail for Mr. Gipson was fixed in the amount of a $250,000 PRB co-signed by one financially responsible person (Mr. Gipson's wife) and secured by his home, travel restricted to the EDNY and SDNY, pretrial services supervision and surrender of any travel documents, along with the usual conditions barring contact with co-defendants and possession of any firearms. All of these bail conditions have been satisfied and Mr. Gipson has been in full compliance with all of the conditions of his release.

Mr. Gipson would like to have his bail limits extended to include Boston and points in between so that he may visit his son  AUSA Jason Swergold has advised me that the Government has no objection to the bail modification requested. Pretrial Services Officer Madalyn Toledo has advised me that Pretrial Services takes no position regarding the bail

modification requested and has authorized me to state that Mr. Gipson has been in full compliance with the conditions of his bail.

    Thank you for the Your Honor's consideration of this request.

Respectfully submitted,

/s/
John F. Kaley

cc: AUSA Jason Swergold
    Pretrial Services Officer Madalyn Toledo
    (both via ECF filing)