# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL

JOHN JACOB RIECK, JR.
JOHN F. KALEY
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/23

MEMO ENDORSED

March 13, 2023    3/13/23

*Sentencing Adj to May 3, 2023 at 2:30p.m — the proposed schedule for sentencing submissions is fine.*

[signature] Colleen McMahon

**By ECF Filing**
Hon. Colleen McMahon
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Arthur Gipson*
      Docket No. 20 Cr. 521 (SDNY)

Dear Judge McMahon:

I represent the defendant Arthur Gipson in the above-referenced matter. I write now to request that sentencing of Mr. Gipson, presently scheduled for April 12, 2023, be adjourned to either the week of May 1st or the week of May 8th, if that would be convenient for the court. The defense is available at any time during that 2-week interval except for May 10th. The Government generally is available but not for May 1st at 3:00 pm, May 2nd at 4:00 pm and May 9th at 4:00 pm.

The reasons for this request are as follows:

Additional time is needed to discuss further certain issues with the Government in an effort to determine if a *Fatico* hearing will be necessary. The Government and defense counsel have conferred and we think we have narrowed certain issues. That process is ongoing. Additional time also is needed to prepare a thorough sentencing submission and to prepare Mr. Gipson for sentencing.

I have communicated with AUSA Frank Balsamello regarding the requested adjournment and am authorized to represent that the Government has no objection.

Honorable Colleen McMahon          2          March 13, 2023

Accordingly, I propose the following schedule for the Court's consideration:

1) Probation to disclose the Final PSR 3 weeks before sentencing (in this way the defense would have the final PSR before filing the defense sentencing submission);

2) the defense sentencing submission to be due 2 weeks before sentencing; and

3) the Government's sentencing submission to be due 1 week before sentencing.

I also request that the time to file defense's objections to the Initial PSR Disclosure likewise be extended.

Thank you for the Your Honor's consideration of this request.

Respectfully submitted,

*John F. Kaley*

John F. Kaley

cc: AUSA Frank Balsamello
    Pretrial Services Officer Ashley E. Geiser
    (via ECF filing and email)